# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TIMOTHY RODENIUS AND THE PEOPLE, | : | No. 90 WM 2015 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA AND JOHN A. VASKOV, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of *Quo Warranto* and Mandamus is **DENIED**.

   Mr. Justice Eakin did not participate in the consideration or decision of this matter.